(March 20, 2008)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY REYES, Appellant. [852 NYS2d 841]—

We perceive no basis for reducing the proposed sentence. We have considered and rejected defendant's arguments for additional leniency. Concur—Lippman, P.J., Friedman, Gonzalez and Catterson, JJ.

Reargument granted and, upon reargument, the decision and order of this Court, entered on November 27, 2007 (45 AD3d 458 [2007]), recalled and vacated and a new decision and order substituted therefor.